IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JANET CLAYBROOK, | § | |
| Plaintiff, | § § § | |
| VS. | § § | NO. 4:15-CV-763-A |
| TIME DEFINITE SERVICES TRANSPORTATION, LLC, | § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

Consistent with the Joint Stipulation of Dismissal filed on August 8, 2016, by plaintiff, Janet Claybrook, and defendant, Time Definite Services Transportation, LLC,

The court ORDERS, ADJUDGES, and DECREES that all claims or causes of action asserted by plaintiff against defendant be, and are hereby, dismissed with prejudice.

SIGNED August 8, 2016.

_____
JOHN McBRYDE
United States District Judge